**FILED**
AUG 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Juan Calderon J24748
(Petitioner)

_____  E-filing
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

CV 08  4105  CRB

(PR)

I, Juan Calderon, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ✓     No _____

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

    $20.00 Per month. CSP-Sacramento

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

    _____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes ✓    No _____
    b. Rent payments, interest or dividends?              Yes _____ No ✓
    c. Pensions, annuities or life insurance payments?    Yes _____ No ✓
    d. Gifts or inheritances?                             Yes _____ No ✓
    e. Any other sources?                                 Yes ✓    No _____

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

    _____

3. Do you own any cash, or do you have money in a checking or savings account?   Yes _____   No _____
   (Include any funds in prison accounts)

    If the answer is yes, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes _____    No ✓

    If the answer is yes, describe the property and state its approximate value. _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY
App. 14-H -- 8                                Page 8 of 9

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___8-13-08___
(Date)

_J.C. Calderón_
Signature of Petitioner

CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __60.00__ on account to his credit at the __CSP-SACRAMENTO__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____
instutition: _____

DATED __8/14/08__

_____
Authorized Officer of Institution

_Sr. Acct. Clk_
Title of Officer

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

App. 14-H -- 9                                    Page 9 of 9

REPORT ID: TS3030 .701 REPORT DATE: 08/14/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF STATE PRISON SACRAMENTO
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 14, 2008

ACCOUNT NUMBER : J24748 BED/CELL NUMBER: FB7 1 00000026L
ACCOUNT NAME : CALDERON, JUAN CRISTOBAL ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 02/01/2008 | | BEGINNING BALANCE | | | | | 45.00 |
| 02/01 | W700 | IWF SP SURCHA | 702180/QTR | | | 4.03 | 40.97 |
| 02/01 | W415 | CASH WITHDRAW | 702180/QTR | 205044244 | | 40.30 | 0.67 |
| 02/06 | W516 | LEGAL COPY CH | 702240 SUP | | | 0.35 | 0.32 |
| 02/19 | FC02 | DRAW-FAC 2 | FACB702374 | | | 0.32 | 0.00 |
| 03/05 | D300 | CASH DEPOSIT | MR5251/ROC | | 55.00 | | 55.00 |
| 03/17 | FR01 | CANTEEN RETUR | 702676 | | | 0.02- | 55.02 |
| 03/18 | FC02 | DRAW-FAC 2 | BFAC702712 | | | 55.00 | 0.02 |
| 04/15 | FR01 | CANTEEN RETUR | 703034 | | | 0.15- | 0.17 |
| 05/13 | D300 | CASH DEPOSIT | MR8599-ROC | | 50.00 | | 50.17 |
| 05/14 | W536 | COPAY CHARGE | 703424MCPY | | | 5.00 | 45.17 |
| 05/15 | W516 | LEGAL COPY CH | 703441 SUP | | | 0.20 | 44.97 |
| 05/15 | W516 | LEGAL COPY CH | 703441 SUP | | | 0.20 | 44.77 |
| 05/15 | W516 | LEGAL COPY CH | 703441 SUP | | | 0.20 | 44.57 |
| 05/20 | FC02 | DRAW-FAC 2 | FACB703475 | | | 44.57 | 0.00 |
| 06/04 | D554 | INMATE PAYROL | 703633-MAY | | 6.30 | | 6.30 |
| 06/17 | FR01 | CANTEEN RETUR | 703771 | | | 0.02- | 6.32 |
| 06/17 | FC02 | DRAW-FAC 2 | 703779BFAC | | | 6.32 | 0.00 |
| 06/18 | D300 | CASH DEPOSIT | MR8767-ROC | | 50.00 | | 50.00 |
| 07/08 | D554 | INMATE PAYROL | 800085/JUN | | 20.00 | | 70.00 |
| 07/22 | FR01 | CANTEEN RETUR | 800247 | | | 0.02- | 70.02 |
| 07/22 | FC02 | DRAW-FAC 2 | BFAC800254 | | | 70.02 | 0.00 |
| 08/05 | D554 | INMATE PAYROL | 800394/JUL | | 20.00 | | 20.00 |
| 08/14* | D300 | CASH DEPOSIT | MR3738-ROC | | 40.00 | | 60.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 45.00 | 241.30 | 226.30 | 60.00 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

| CURRENT AVAILABLE BALANCE |
|---|
| 60.00 |