IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CRISTOBAL CALDERON,<br><br>      Petitioner,<br><br>  vs.<br><br>JAMES WALKER, Warden,<br><br>      Respondent(s). | No. C 08-4105 CRB (PR)<br><br>ORDER |

On January 23, 2009, respondent filed a motion to dismiss the petition for a writ of habeas corpus as untimely and served it on petitioner at his old California State Prison, Sacramento address.

Within five (5) days of this order, respondent shall reserve the motion on petitioner at his new address – Juan Cristobal Calderon, #J-24748, Pleasant Valley State Prison, A1-109L, P.O. Box 8501, Coalinga, CA 93210. Petitioner shall file an opposition, or notice of non-opposition, to the motion by no later than April 15, 2009, and respondent shall file a reply to any opposition within 15 days of receipt.

SO ORDERED.

DATED: 03/20/09

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Calderon, J1.or2.wpd